# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**LISA MURPHY,**
**ADC #760343**                                                                                       **PLAINTIFF**

**v.**                         **CASE NO. 1:14CV00105 BSM**

**FORD, Correctional Officer; and**
**JACKSON, Correctional Officer,**
**McPherson Unit, ADC**                                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 29th day of October 2014.

_____
UNITED STATES DISTRICT JUDGE